UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARRY CHI LAP YAN, as Personal Representative of the Estate of SYLVIA HU YAN, ALLEN YAN, by his next friend and father BARRY CHI LAP YAN, and JAMIE YAN,<br>    Plaintiffs,<br><br>vs.<br><br>ILLINOIS FARMERS INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   1:03-cv-1980-SEB-JPG<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Having granted Defendant's Motion for Summary Judgment in a concurrent ruling, the Court now enters JUDGMENT in favor of the Defendant and against the Plaintiffs. Each party shall bear its own costs.

IT IS SO ORDERED.

09/02/2005

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Bryce H. Bennett Jr.
RILEY BENNETT & EGLOFF LLP
bbennett@rbelaw.com

Craig Douglas Doyle
DOYLE & FRIEDMEYER, P.C.
cdoyle@doylelegal.com

Kurt V. Laker
DOYLE & FRIEDMEYER
klaker@doylelegal.com

Laura Kay Taylor
RILEY BENNETT & EGLOFF LLP
ltaylor@rbelaw.com

Case 1:03-cv-01980-SEB-JPG   Document 68   Filed 09/02/05   Page 2 of 2 PageID #: 606